

**PRISONER CASE**

UNITED STATES DISTRICT  08cv2109
NORTHERN DISTRICT OF I  JUDGE GOTTSCHALL

Civil Cover Sh  MAG. JUDGE COX

| Plaintiff(s): | ANDRE BURNETT | Defendant(s): | TOM DART, etc., et al |

**FILED**

| County of Residence: | COOK | County of Residence: | |

JN  APR 1 4 2008

Plaintiff's Address:   Defendant's Attorney:

Andre Burnett
#2006-0001798
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 1 4 2008

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** *A. E. Woodham*   **Date:** 04/14/2008