EP

6-12-08

TO

OFFICE OF THE CLERK, UNITED STATES
DISTRICT COURT

CASE TITLE
ANDRE BURNETT #20060001798 VS. TOM DART, ET AL.

CASE NUMBER
(08 C 2109)

# FILED

JUN 16 2008
JUN 1 6 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE
JOAN B. GOTTSHALL

REASON FOR WRITING
I RECEIVED A CONSENT FORM IN THE MAIL (6-3-08) TO
EXERCISE THE jurisdiction BY A UNITED STATES
MAGISTRATE JUDGE. — I do NOT WANT A MAGISTRATE
JUDGE ON THIS CASE, I WOULD liKE TO PROCEED WITH A
JURY TRAIL MAKING THE ORDER OF ENTRY ON A FINAL
judgment IN THIS CASE.

ETC.
PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL
HAS BEEN DENIED WITHOUT PREJUDICE, PLAINTIFF Will BE
"PRO SE→ PROCEEDING (IN FORMA PAUPERIS). SO I WOULD liKE
TO BE WRITTED INTO COURT TO MAKE ORAL ARGUMENTS AND/OR
4ABEAS ↗ ANY TESTIMONYS TO BE MADE ON MY BEHALF IN THIS CASE.
CORPUS

Andre Burnett #20060001798