# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Andre Burnett, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2109 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Joan B. Gottschall |
| John Mueller, C.R.W. Superv, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION BY DEFENDANTS FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant John Mueller, by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, Francis J. Catania, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

1) Assistant State's Attorney Francis J. Catania was officially assigned to this case on August 11, 2008.

2) Plaintiff alleges in this suit that employees of the Sheriff of Cook County committed violations of plaintiff's Civil Rights.

3) Certain documents are necessary to prepare a proper answer or other pleading to Plaintiff's allegations in his complaint.

4) These documents have been requested from several entities, including those not in the control of the defendants and will not be received for at least 35 days.

5) It is anticipated that these documents may assist in early resolution of the matters before the court.

6) Defendants are not being dilatory in their obligations by making this motion and no prejudice will be caused to plaintiff if an enlargement of time was granted.

**WHEREFORE YOUR DEFENDANT PRAYS:**

1. That this Honorable Court grant an enlargement of time, up to and including September 26, 2008 for the Defendants to answer or otherwise plead;

    2.       That this Honorable Court grants any other relief it deems just.

                            Respectfully Submitted,

                            RICHARD A. DEVINE
                            State's Attorney of Cook County

                By:    /s/ Francis J. Catania
                          Francis J. Catania

Francis J. Catania #ARDC 6203188
RICHARD A. DEVINE
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572