## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Andre Burnett, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2109 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Joan B. Gottschall |
| John Mueller, C.R.W. Superv, Division 5, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Andre Burnett 2006-0001798
    Cook County Department of Corrections
    P.O. Box 089002
    Chicago IL 60608

PLEASE TAKE NOTICE that on August 28, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan B. Gottschall, or any judge sitting in her stead, in Courtroom 2325 of the United States District Court, Northern District Illinois, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and served upon you.

                    Respectfully submitted,
                    RICHARD A DEVINE
                    State's Attorney for Cook County
            By:    s/ Francis J. Catania
                    Francis J. Catania, Attorney for Defendants

FRANCIS J. CATANIA  ARDC #6203188
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington Street Room 500
Chicago, IL 60602
(312) 603-6572

### PROOF OF SERVICE

I, Francis J. Catania, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to CM/ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on August 11, 2008.

[x] Under penalties as provided by law pursuant
to ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein
are true and correct.

                     s/ Francis J. Catania  ARDC #6203188